# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **FEDERAL NATIONAL MORTGAGE ASSOCIATION** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-551-RLB** |
| **CEBARN CARROLL, ET AL.** | **CONSENT** |

## ORDER

Considering the Stipulation of Dismissal with Prejudice (R. Doc. 82):

**IT IS ORDERED** that the claims of Plaintiff Federal National Mortgage Association d/b/a Fannie Mae ("Fannie Mae") against Defendants Cebarn Carroll and Austin Carrol are dismissed with prejudice.

**IT IS FURTHER ORDERED** that the claims of Defendants and Third-Party Plaintiffs, Cebarn Carroll and Austin Carroll, against Third Party Defendant Latter & Blum Property Management, Inc. are dismissed with prejudice.

**IT IS FURTHER ORDERED** that this Stipulation of Dismissal fully resolves all claims made or that could have been made in this lawsuit.

Signed in Baton Rouge, Louisiana, on April 24, 2024.

_____
**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**